NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DOWNHOLE PIPE & EQUIPMENT, L.P.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee*

**UNITED STATES,**
*Defendant*

**VAM DRILLING USA, TEXAS STEEL CONVERSIONS, INC., ROTARY DRILLING TOOLS, TMK IPSCO,**
*Defendants-Appellants*

**UNITED STATES STEEL CORPORATION,**
*Defendant*

_____

2015-1233

_____

Appeal from the United States Court of International Trade in No. 1:11-cv-00080-TCS, Chief Judge Timothy C. Stanceu.

_____

# JUDGMENT

IRENE HUEI-MIN CHEN, Chen Law Group LLC, Rockville, MD, argued for appellee Downhole Pipe & Equipment, L.P. Also represented by MARK B. LEHNARDT, Lehnardt & Lehnardt, LLC, Liberty, MO.

DAVID ANDREW JACK GOLDFINE, United States International Trade Commission, Washington, DC, argued for appellee United States International Trade Commission. Also represented by ANDREA C. CASSON, DOMINIC L. BIANCHI.

ROGER BRIAN SCHAGRIN, Schagrin Associates, Washington, DC, argued for appellants. Also represented by JOHN W. BOHN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and CHEN, *Circuit Judges*).

### AFFIRMED.  *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 6, 2015 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |